UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTINE O.,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C22-6017 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

On remand, the Appeals Council will direct the Administrative Law Judge to:

- Evaluate the opinion of Shannon Ledesma, Ph.D., pursuant to the revised regulations.

- Offer the claimant the opportunity for a hearing; and as needed, reevaluate the claimant's subjective complaints, the residual functional capacity, and obtain supplemental vocational expert testimony.

- Continue with the sequential evaluation and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

Further, because the Court is remanding this matter, Plaintiff's Motion for Summary Judgment (Dkt. 10) and Defendant's Motion to Amend the Scheduling Order (Dkt. 13) are terminated as moot.

DATED this 11th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2